IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENNON LEE WHITLOW, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-966-MEF |
| ) | WO |
| CYNTHIA UNDERWOOD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #25) to the Recommendation of the Magistrate Judge filed on February 14, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #24) filed on February 7, 2011 is adopted;

3. The defendants' motions for summary judgment (Doc. #8, #12) are GRANTED.

4. To the extent the plaintiff challenges the garnishment of his wages and the writ of garnishment of funds from his bank account, the claims against the Department and Underwood are DISMISSED without prejudice.

5. To the extent the plaintiff asserts BB&T violated 42 U.S.C. § 407, the claims against BB&T are DISMISSED with prejudice.

DONE this the 17th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE